UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

BDT INVESTMENTS, INC.,

  Judgment Creditor,

v.

LISA S.A.,

  Judgment Debtor,
v.

BANCO SANTANDER INTERNATIONAL,

  Garnishee.

Case No.
18-22005-Civ-COOKE/GOODMAN

### DECLARATION OF ANDREW C. BERNSTEIN CPA CFF CVA IN RE JUDGMENT CREDITOR'S MOTION FOR SUMMARY JUDGMENT

**Part 1. Expert Witness**

  **Background**

1. My name is Andrew C. Bernstein. I am Managing Director of the Financial Advisory Services practice for EisnerAmper LLP for Florida. My business address is 1001 Brickell Bay Drive, Miami, Florida 33131. I reside in Miami-Dade County, Florida. I earned my Bachelor of Science degree in Accounting in 1980 from the University of Florida School of Accounting. I have been a Certified Public Accountant ("CPA") by the State of Florida, Department of Business & Professional Regulation, Division of Certified Public Accounting since 1982. I am also Certified in Financial Forensic ("CFF") by the American Institute of Certified Public Accountants and a Certified Valuation Analyst ("CVA") by the National Association of Certified Valuation Analysts. I am a member of the National Association of Federal Equity Receivers. EisnerAmper is a Top-20 US Accounting & Consulting firm with over 1500 people in 10 offices in the United States.

2. During the course of my over-35-year professional career, I have provided expert testimony based on my education, training and experience as a CPA, CFF and CVA in Federal Court, State Court, Delaware Chancery Court, ICC and ICDR arbitration and other venues. My testimony has included accounting, accounting investigation, financial reporting,

valuation, economic damages and other business issues. I have served as a State Court appointed arbitrator and a Federal Court appointed receiver. I have served on an ICC arbitral panel. I have served as forensic accountant to state and federal court appointed receivers. I have provided forensic accounting investigation services for public and private companies, banks and financial institutions.

3. My curriculum vitae including my professional employment history and list of recent testimony is included at Exhibit A.

**Scope**

4. I was retained by BDT Investments, Inc. to provide independent forensic accounting services in connection with the Case No. 18-2205-Civ-Cooke/Goodman: BDT Investments, Inc. ("BDT"), Judgement Creditor, v. Lisa S.A. ("Lisa"), Judgement Debtor, v Banco Santander International (Banco Santander"), Garnishee, to provide an expert opinion concerning certain funds of Villamorey S.A. ("Villamorey") held an Banco Santander from 2014 through at least August 31, 2017.

5. EisnerAmper's fees in this matter are based on my professional hourly rate of $500.

6. Documents I have considered at listed in Exhibit B.

**Part 2. Statement Of Facts**

**Lisa SA**

7. Lisa S.A. ("Lisa") owns 33.33% of the equity of Villamorey; there were two other shareholders as of December 31, 2014 and 2015.[1]

**Villamorey**

8. Villamorey was established in 1971 under the laws of the Republic of Panama. Its principal business purpose is to hold the investments in Guatemalan companies' capital stock and pay dividends to its three shareholders.[2]

**Villamorey Financial Statements & Disclosures**
**Assets & Liabilities**

9. Villamorey's audited financial statements for 2015 and 2014, including the disclosures in the footnotes to such the financial statements ("Financial Statements"), reported that as of December 31, 2014 and 2015, Villamorey valued its investments in Guatemalan

---

[1] BSI-Confidential-00166; 00350; 00357; 00624;
[2] Villamorey Audited Financial Statements 2015-2014, footnotes 1 and 7.

10. Villamorey's assets other than its investments in Guatemalan companies as of December 31, 2014 and 2015 ███████████████████ a) cash and equivalents, and b) certificates of deposit.

11. Villamorey's liabilities as of December 31, 2014 and 2015 were primarily comprised of money owed to Lisa for in connection with dividends which were decreed by Villamorey where such dividends pertaining to other shareholders were paid, and where dividends to Lisa were not paid by Villamorey ("Lisa Dividends Payable"), and other amounts due to its shareholders.

**Revenues & Expenses**

12. Villamorey's revenues in 2014 and 2015 were comprised of a) Dividends Received from its investment in the share of companies; and b) interest income, as summarized below. In 2014 and 2015, the dividends from investment in ███████████████████ of total Dividends Received in each respective year.

| Villamorey - Revenue | | |
|---|---|---|
| | 2014 | 2015 |
| Dividends Received | ███ | ███ |
| Interest | ███ | ███ |
| Total Revenue | ███ | ███ |

13. Villamorey's operating expenses were less than ███████████ in 2014 and 2015.

**Lisa Dividends Payable**

14. As of December 31, 2014: a) Lisa Dividends Payable were ████████ b) Villamorey had a liability to Lisa for accrued interest on Lisa Dividends Payable ████████ and c) there was ████████████████ payable pertaining to other shareholders.[4]

15. The Financial Statements reported that during 2015, a) Villamorey decreed dividends to shareholders of ████████ b) dividends pertaining to Lisa ████████ ████████████████████████████████████ were not paid to Lisa; and c) dividends to other shareholders were paid.[5]

---

[3] Villamorey Audited Financial Statements 2015-2014, footnote 6.
[4] Villamorey SA, Audited financial statements for 2015 and 2014, footnote 7b et alia
[5] Villamorey SA, Audited financial statements for 2015 and 2014, p. 6, p. 7, footnote 7b

16. The Financial Statements reported that as of December 31, 2015: Villamorey's had a liability for Lisa Dividends Payable ████████ b) Villamorey had a liability to Lisa for accrued interest on Lisa Dividends Payable ████████ and c) there was no such liability for dividends payable pertaining to other shareholders.[6]

**Segregated & Restricted Cash**

17. Villamorey created a fund (the "Fund") equal to the amount of Lisa Dividends Payable to guarantee payment thereof plus interest. The Fund was comprised of money which was segregated from Villamorey's ████████████████████████████████████████████████████████████████████████████████

18. As of December 31, 2014, the Fund was comprised of certificates of deposit: a) ████████████████ held at Banco Santander and matured August 4, 2017 (referred to herein as "CD-1"); b) ████████████████ held a Banco Santander and matured February 4, 2015 (referred to herein as "CD-2"); and c) ████████████ held at Transcom Bank (referred to herein as "CD-Transcom").[10]

19. As of December 31, 2015, the Fund was comprised of the following certificates of deposit: a) ████████████████████████████████████████████████████████████████████████████████

20. The following tables summarize the information referred to above as reported in the Financial Statements concerning a) the Villamorey liability to Lisa in connection with the Lisa Dividends Payable and accrued interest; and b) the Villamorey fund created to guarantee payment of Lisa Dividends Payable.

---

[6] Villamorey SA, Audited financial statements for 2015 and 2014, footnote 7b et alia
[7] Villamorey SA, Audited financial statements for 2015 and 2014, footnote 5 et alia
[8] Banco Santander Statement, December 31, 2014 BSI-00050
[9] Banco Santander Statement, December 31, 2014 BSI-00050
[10] Villamorey SA, Audited financial statements for 2015 and 2014, footnote 5 et alia
[11] Banco Santander Statement, December 31, 2015 BSI-01701
[12] Banco Santander Statement, December 31, 2015 BSI-01701
[13] Banco Santander Statement, December 31, 2015 BSI-01701
[14] Villamorey SA, Audited financial statements for 2015 and 2014, footnote 5 et alia

| Villamorey - Liability to Lisa[15] | | |
|---|---|---|
| | 2014 | 2015 |
| Lisa Dividends Payable | ███ | ███ |

| Villamorey - Fund Created To Guarantee Payment Of Lisa Dividends Payable | | |
|---|---|---|
| | 2014 | 2015 |
| CD-1 Banco Santander | ███ | ███ |

**Banco Santander – Certificates Of Deposit**

21. CD-1 was created by Villamorey at Banco Santander on August 4, 2014 in the principal amount of ███; the certificate of deposit had a ███ Villamorey held the certificate of deposit at Banco Santander until it matured in August 2017.[16]

22. CD-2 was created by Villamorey at Banco Santander on August 4, 2014 ███ the certificate had a 3 month term, maturing November 4, 2014. Villamorey continuously ███ 3 month certificate of deposit at Banco Santander through at least August 31, 2017, the latest date for which information was provided by Banco Santander.

23. CD-3 was created by Villamorey at Banco Santander on March 3, 2015 ███ the certificate had a 3 month term, maturing June 3, 2015. Villamorey continuously re-invested the principal and interest in a 3 month certificate of deposit at Banco Santander through at least August 31, 2017, the latest date for which information was provided by Banco Santander.

24. The following table summarizes Villamorey's segregated and restricted funds held at Banco Santander, as described above, which pertain to the Fund to guarantee payment of Lisa Dividends Payable, as reflected on the balance sheet and disclosed in the footnotes to the Financial Statements.

---

[15] Currency conversions were computed based on the exchange rates as of December 31, 2014 and 2015 of 7.60-to-1 and 7.63-to-1, as reported in the Financial Statements. "GTQ" refers to the Guatemala Quetzal currency.
[16] BSI-00021; BSI-01862



**Writ Of Garnishment**

25. On or about March 17, 2017, BDT served Banco Santander with a Writ Of Garnishment. As of March 17, 2017, Banco Santander's statements of Villamorey's accounts reflected the following, as to the above referenced CDs, based on the March 31, 2017 bank statement.[17]

| CD | Fecha valor | Fecha devencimiento | Nominal | Intereses devengados | Valor este período |
|---|---|---|---|---|---|
| CD-1 | | | | | |

---

[17] BSI-01821

**Part 3. Analysis**

    **Obligation To Lisa & Segregated /Restricted Bank Accounts at Banco Santander**

26. In general, dividends paid to shareholders are from cash, which has been derived from earnings (i.e., revenues minus expenses), and which the company has determined is not necessary to retain in order to fund operations (generally referred to as working capital needs), acquire assets, service debt or other business purpose. The cash amount paid to be paid as dividends to shareholders in referred to, in general, as excess cash.

27. The primary stated business purpose of Villamorey is to: a) hold the ownership of investments in the equity of certain entities ("Investees"), b) receive the distribution of earnings paid by the Investees, which it reports as Dividend Income, and c) pay Lisa and the other two shareholders distributions of its earnings, as dividends. Villamorey does not generate revenue or incur expenses from any other business activities. As of December 31, 2014 and 2015, Villamorey had no debt incurred in connection with borrowed funds.

28. As of December 31, 2014, Villamorey
    a. Determined it had excess cash and declared a dividend in the amount of such excess cash
    b. Paid such excess cash as dividends to its shareholders other than Lisa,
    c. Reported in its Financial Statements that it had an obligation to its shareholder Lisa to Lisa its share of the excess cash which Villamorey had withheld.
    d. Retained the amount of excess cash that was to be paid to Lisa and deposited such cash in segregated accounts (CD-1, CD-2 and CD-Transcom) for which the use was restricted to the payment to Lisa of the Lisa Dividends Payable.

    **Segregated /Restricted Bank Account Traceable To March 2017**

29. As of December 31, 2014, the Lisa Dividend Payable was ▮▮▮▮▮ and accrued interest of ▮▮▮▮ and the segregated and restricted cash account was ▮▮▮▮▮ including ▮▮▮▮▮ held by Banco Santander (CD-1 and CD-2).

30. As of December 31, 2015, the Lisa Dividend Payable was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ eld by Banco Santander (CD-1, CD-2, and CD-3).

31. The accounts referred to herein as CD-1, CD-2 and CD-3, held at Banco Santander, as of March 2017 are directly traceable to the ▮▮▮ specific funds that were transferred to

Villarmorey's segregated accounts which were restricted to pay the Lisa Dividend Payable during 2014 and 2015.[18]

Respectfully submitted

October 10, 2018

Andrew C. Bernstein, CPA CFF CVA

Managing Director, EisnerAmper LLP

---

[18] BSI-00014, 00022, 00084