# Exhibit A



## Andrew C. Bernstein, CPA, CFF, CVA

Managing Director, Financial Advisory Services

andrew.bernstein@eisneramper.com

**D:** 305.371.6200
**C:** 786.282.9677

**EDUCATION AND CERTIFICATIONS:**
- Bachelors of Science, Accounting, University of Florida, (1980)
- Certified Public Accountant (Florida)
- Certified in Financial Forensics
- Certified Valuation Analyst

**BACKGROUND:**
Andrew C. Bernstein is a Managing Director in EisnerAmper's Financial Advisory Services which includes Forensic, Litigation & Valuation Services, Bankruptcy & Restructuring, and other consulting services. The focus of his practice includes expert testimony on economic damages issues complex business disputes, expert analyses in Bankruptcy Court, and forensic accounting investigations.

Mr. Bernstein has provided expert testimony in US District Court and US Bankruptcy court; state court matters in Florida, New York and Delaware Chancery Court; International Arbitrations; and other venues. He has been appointed as Receiver in federal court, appointed as an arbitrator in state court, and has served on ICC arbitral panel. His experience includes a wide range of claims, industries, and measures of economic damages.

Mr. Bernstein's forensic accounting investigation experience includes leading forensic accounting investigations for federal and state court appointed receivers, banks and financial institutions, corporate directors and audit committees.

**SELECTED RELEVANT EXPERIENCE:**

**Post M&A Disputes**
Expert consulting for a global insurance company in connection with a Reps & Warranties Insurance claim by a Venture Capital firm asserting that, as a result of GAAP errors in the seller's financial statements, the +$100 million value of the target company was overstated by $20 million. This matter included expert analysis of whether financial reporting was in compliance with accounting standards and business valuation principles.

Expert consulting for the seller in connection in connection with the sale of an industrial equipment manufacturer in a $700 million transaction. The buyer alleged that there were post-closing accounting adjustments necessary to statement the assets and liabilities in accordance with generally accepted accounting principles. This matter included expert analysis of whether financial reporting was in compliance with accounting standards.



Jury trial testimony in state court in connection with a post-M&A dispute in the Health Care industry to rebut allegations and testimony by the seller alleging that the buyer failed to comply with the financial terms of the purchase and sale agreement; and testimony on economic damages incurred by the buyer as a result of seller's actions.

Appointed as Arbitrator by a state court judge in the Complex Business Litigation Section in connection with determining the disputed Accounting Claims pertaining to the post-closing working capital true-up for a medical product company. This matter included expert analysis of whether financial reporting was in compliance with accounting standards.

**International Arbitration**
ICC Arbitral Panel member in connection a Post M&A dispute following a +$1 billion transaction between a global beverage company and a South American-based company. Matters included determining GAAP application for a working capital adjustments and claims that the non-GAAP financial statements were a breach of reps and warranties affecting the value and purchase price of the target company.

ICC Arbitration testimony in a post M&A dispute in which the buyer of an aviation services company alleged that the seller's financial statements and other representations failed to disclose a material adverse condition pertaining to a major customer, which resulted on an overstatement of the purchase price.

Arbitration testimony before an ICC arbitral panel rebutting damages claimed by a distributor alleging that it had exclusive rights in South America against a Korean consumer electronics manufacturer. Testimony identified fundamental flaws in the claimant's damages model and rebutted claims pertaining to economic causation, including product longevity.

Arbitration testimony before an ICC arbitral panel as to the financial facts supporting the claimant's allegations that it was fraudulently induced into an investment as a minority shareholder in a media company.

ICDR Final Hearing testimony for respondent rebutting $40 million in damages asserted by claimant in the active-wear garment manufacturing industry involving NAFTA-DR operations in Nicaragua, Dominican Republic and the US.

ICDR Final Hearing testimony for claimant asserting damages pertaining to wrongful use of internet-based IT application for enabling multi-website distribution and update of photo and video files.

**Business Valuation**
Expert testimony in Delaware Chancery Court before Chancellor Strine in connection with a shareholder action alleging that officers and directors breached their fiduciary duties in pricing the sale of the companies operating subsidiary.

Business valuation for a closely-held, family-owned business in a dispute among the shareholder/family members. Participated in mediation to assist resolving differences between the parties.

Business valuation for a closely held business in connection with litigation concerning sale of shares to an ESOP in which the Department of Labor asserted that the transaction price was unfairly overstated.



**Partner /Shareholder Disputes**
Jointly retained by opposing parties who were partners in a series of real estate investment partnerships to analyze and evaluate the financial results (profits /losses) of individual projects and determine whether the capital accounts and distributions, and transfers among entities were properly accounted for.

Testified before the Chief Justice in a British Overseas Territory in connection with the wind-down of a spirits import and retail enterprise concerning the financial results of operations and whether the capital put in by the partners was properly classified as debt versus equity.

Accounting investigation on behalf of a minority shareholder in connection with claims that the majority shareholder was engaging in self-dealing, mischaracterizing and/or concealing cash distributions, and other financial wrong-doing pertaining to a beachfront hotel property.

**Construction / Real Estate Development**
Retained by counsel for a real estate developer that was concurrently developing several multi-family high rise projects to investigate the sources and uses of loan proceeds in connection with claims of comingling funds asserted by a lender that had made construction loans on the respective projects.

Bench trial testimony in state court rebutting over $100 million of lost profits and costs claimed by a real estate developer alleging delays prevented project completion.

Insurance coverage on builder's risk loss claim in a multi-phase luxury condominium develop. Issues included project delay damages to the developer when fire in the 11th structure of a 12 structure project required the damaged building to be razed and restarted.

Developer's claim against its general contractor's surety. The surety, which self-performed in place of the defaulted general contractor, ceased work after expending the penal sum of the bond, causing the developer to complete the project. My trial testimony was the costs and delay damages to the developer. Damages were awarded to the developer and affirmed by appellate court.

**Intellectual Property**
Expert testimony in a bench trial as a rebuttal witness for the plaintiff, a cosmetics company, in connection with a trademark infringement claim. The issues addressed included the defendant's basis for apportionment.

Expert testimony in a jury trial on reasonable royalty damages pertaining to trademark infringement by a Brazilian manufacturer and distributor of an energy drink in South America; and, rebuttal of lost profits claimed in connection with breach of contract and interference with expansion of distribution to other countries.

Expert testimony rebutting a claim for infringer's profits in a copyright matter brought by an engineer concerning designs for an indoor boat storage facility in Texas. Issues included apportionment of profits to the subject intellectual property and basis for determining costs associated with revenues.

Expert testimony on lost profits in connection with theft of trade secret alleged by a durable medical equipment manufacturer pertaining to a component that allowed the defendant company to enter and



compete in the U.S. market.

Expert testimony rebutting over $30 million in lost profits claimed by a start-up franchisor alleging theft of trade secrets in connection with the hull design of a vessel.

Expert testimony on wrongful net earnings by the defendant in a theft of trade secrets matter in the after-market distribution of window and door components, including part number identification system, pricing, customer data and other information.

**Health Care, Life Sciences & Technology**
Testimony rebutting damages claimed by a development stage company in an emerging industry alleging breach of contract and interference resulted in lost profits. Testimony identified fundamental flaws in the plaintiff's damages model, including an inappropriate measure of damages based on the plaintiff's claims and lack of economic causation.

Jury trial testimony in a state court matter concerning a medical services joint venture between venture partners, a medical-device manufacturer and the investors. Testimony included rebuttal of economic causation and lost profits, including the plaintiff's expert's failure to correlate the failure of the clinical services company with the alleged actions of the medical device manufacturer.

Arbitration testimony on lost profits on behalf of a leading internet-based software-as-service provider for the hospitality industry. The claim was for tortious interference against a competitor that allegedly assisted a former customer to circumvent the claimants licensing agreement.

Expert testimony on lost profits in a matter between a hospital system and a comprehensive cancer centers, in matters including wrongful termination, breach of exclusive services agreement and other matters.

**Business Litigation – Lost Profits**
Jury trial testimony in state court on behalf of plaintiff concerning lost profits in connection with a breach of distribution agreement claimed by a spirits distributor in the Dominican Republic in a dispute with a leading global spirits brand owner.

Jury trial testimony in state court rebutting a lost profits claim of +$20 million by a communications consultant alleging breach of contract against a large corporation. My testimony demonstrated that the methodology used by the plaintiff was unreliable, failed to derive a proper measurement of damages, and was not determined based on the requirements of the contract.

Arbitration testimony rebutting damages claimed by a luxury travel company against a global hotel company for lost profits. Testimony included underlying facts in the opposing expert's data that contradicted his conclusion and invalidated his analysis and plaintiff's failure to identify external negative business events that were not considered by the plaintiff's analysis of its damages.

Jury trial testimony in federal court in connection with lost profits claimed by a maritime services provider alleging that the defendant wrongfully prevented the plaintiff from operating entering a certain market. Areas of testimony included application of the benchmark method for analysis of economic causation.

EisnerAmper LLP
www.eisneramper.com



Expert report rebutting over $200 million in damages in a dispute between two of the major companies providing worldwide cellular device logistics including reverse-distribution.

**Forensic Accounting Investigations**
Appointment as Financial Receiver in Federal Court by Judge Scola in a commercial mortgage foreclosure matter by Branch Banking And Trust Company (BB&T) v. World Jet, Inc., responsible for all funds including the payment of expenses in accordance with an agreed order.

Retained by SEC in the matter of SEC v. Wordwide Entertainment, to investigate certain transactions of the $300 million Ponzi scheme and testify on my findings before Judge Huck.

Accountant to the Special Master appointed by Judge Gold, initially Judge Ed Davis (retired) and subsequently Judge Chavies (retired), in the matter of Wachovia Bank NA v Tien et al, to investigate and report to the court on the acquisition and disposition of certain assets.

Forensic Accountant to State Court appointed receiver for Home Equity Mortgage Corporation which involved over $200 million from 800 investors in connection with hard-asset mortgage loans.

Forensic Accountant for a federal bank in connection with the investigation of accounts and transactions pursuant to an agreed order with the OCC.

Forensic Accountant for the audit committee of a public company in connection with embezzlement schemes involving certain officers.

Forensic Accountant for the SEC in the Worldwide Entertainment receivership, which involved $300 million and 3,750 investors, and involved testimony in federal court on disgorgement.

**PROFESSIONAL AFFILIATIONS**
- National Association Of Federal Equity Receivers – Member (2016 to the present)
- American Institute of Certified Public Accountants – Member (1981 to the present)
- Florida Institute of Certified Public Accountants – Member (1981 to the present)

**PROFESSIONAL EMPLOYMENT**
- Kaufman Rossin & Co         1980 to 1990       Manager
- Arthur Andersen              1990 to 1992       Manager
- Peterson Consulting          1992 to 1995       Principal
- PricewaterhouseCoopers       1995 to 2001       Director
- KPMG                         2001 to 2003       Director
- Berkowitz Pollack Brant      2003 to 2016       Director
- EisnerAmper                  2016 to Present    Managing Director

Andrew C. Bernstein CPA /CFF, CVA
Expert Testimony
7-Years 2011 to 2018

| Date | Jurisdiction | Type Of Testimony | Matter |
|---|---|---|---|
| June 2018<br>April 2018 | Circuit Court of the Eleventh Judicial, Miami-Dade County | Trial Testimony<br>Deposition Testimony | Diageo Dominicana SRL v. United Brands SA<br>United Brands SA v. Diageo PLC et al |
| April 2018 | Circuit Court of the Eleventh Judicial, Miami-Dade County | Deposition Testimony | Regalia Beach Developers LLC and Regalia OTM v. MVW Management LLC et al |
| March 2018 | Circuit Court of the Eleventh Judicial, Miami-Dade County | Deposition Testimony | RCM Dash 3 Holdco LLC v AeroThrust Holdings, LLC |
| January 2018 | Circuit Court of the Eleventh Judicial, Miami-Dade County | Deposition Testimony | Alfred Heltman v. Civita Littmann, Americas Property Management Corp., APMC Construction Corp. |
| January 2018 | United States District Court, Southern District of Florida | Trial Testimony | Hardy Candy, Inc. v Anastasia of Beverly Hills, Inc. |
| January 2018<br>October 2017 | Arbitration | Evidentiary Hearing<br>Deposition Testimony | Managed Care Advisory Group LLC v. CIGA Healthcare |
| January 2018 | Circuit Court of the Eleventh Judicial, Miami-Dade County | Deposition Testimony | William Gregory White v. BankUnited NA |
| June 2017 | ICDR Arbitration | Arbitration Testimony | McMurray Fabrics, Inc. v. Cupid Foundations, Inc. |
| January 2017 | ICC International Arbitration | Arbitration Testimony | PR Media Partners, Inc. v. Metro International SA |
| November 2016 | United States District Court, Southern District of Florida | Deposition Testimony | Badia Spices, Inc. v. Gel Spice Company, Inc. |
| November 2016 | United States District Court, Southern District of Florida | Deposition Testimony | US Department Of Labor v. Commodity Control Corp. |
| April 2016 | AAA Arbitration | Arbitration Testimony | Prime Experience v. W-Report Spa & Hotel, Vieques |
| September 2015, June 2015 | Circuit Court of the Eleventh Judicial, Miami-Dade County | Deposition Testimony | Sky Bell Asset Management, LLC and Sky Bell Select, LP v. National Union Fire Insurance Co. of Pittsburgh, PA and Federal Insurance Company |

Andrew C. Bernstein CPA /CFF, CVA
Expert Testimony
7-Years 2011 to 2018

| Date | Court | Type | Case |
|---|---|---|---|
| April 2015 March 2015 | Circuit Court of the Eleventh Judicial, Miami-Dade County | Trial Testimony Deposition Testimony | Strybuc Replacement Hardware LLC v Nationwide Parts and Hardware Inc |
| April 2015 | Supreme Court, New York County | Deposition Testimony | REDF-Organic Recovery LLC v. Rainbow Disposal Co., Inc. |
| March 2015 | Circuit Court of the Ninth Judicial, Orange County, Florida | Deposition Testimony | Debra Webb v. Tishman Hotel Corporation d/b/a Walt Disney World Dolphin Hotel, Tishman Hotel & Realty, LP d/b/a Walt Disney World Dolphin Hotel, Starwood Hotels & Resorts Worldwide, Inc. |
| February 2015 April 2014 | Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida | Evidentiary Hearing Testimony | Florida Office of Financial Regulation v. Home Equity Mortgage Corporation |
| December 2014 | AAA Arbitration | Arbitration Testimony | Medical Staffing Network Healthcare, LLC v. Nurse Staffing, LLC and Versatech Holdings, LLC |
| November 2014 | United States District Court, Southern District of Florida | Deposition Testimony | Roof & Rack Products, Inc. v. GYB Investors, LLC and Rigid Global Buildings, LLC |
| October 2014 August 2014 | Circuit of the Fifteenth Judicial Circuit, Palm Beach County, | Trial Testimony Deposition Testimony | U.S. Bank v. John Doe, Jane Doe, Elizabeth L. Mackey, Unknown Spouse, Heirs Devisees, Beneficiaries, Grantees, Unknown Spouse of Elizabeth L. Mackey aka Elizabeth Mackey, Georgian Courts Homeowners Association, Inc. and Homebanc Mortgage Corporation |
| June 2014 | ICDR Arbitration | Arbitration Testimony | VFM Leonardo, Inc. v. ICE Portal, Inc. |
| January 2014 | Circuit of the Fifteenth Judicial Circuit, Palm Beach County, Florida | Deposition Testimony | KBC Financial Products (Cayman Islands), LTD. V. VCG Special Opportunities Fund, LP; Vanquish Advisors LLC f/k/a Rekon Advisors, LLC |

Andrew C. Bernstein CPA /CFF, CVA
**Expert Testimony**
**7-Years 2011 to 2018**

| | | | |
|---|---|---|---|
| August 2013 | Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida | Evidentiary Hearing Testimony | Jose M. Wolf v. Verizon Wireless Personal Communications, LP d/b/a Verizon Wireless |
| July 2013 | Circuit Court Broward County, Florida | Trial Testimony Deposition Testimony | Medytox Institute of Laboratory Medicine, Inc. v. Trident Laboratories, Inc. |
| February 2013 | Miami-Dade County, Administrative Hearing | Evidentiary Hearing Testimony | Safe Wrap v. Miami-Dade County |
| February 2013 December 2012 | Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida | Trial Testimony Deposition Testimony | MIA Resorts, Inc. v. Homestead Speedway, et al. |
| September 2012 | ICC International Arbitration | Arbitration Testimony | Joseph Lorenzo and Jose Lorenzo v. Eulen, S.A., Eulen Corporate, S.L., Eulen America, Inc. and Americas Sales and Management Organization, LLC f/k/a American Sales and Management Corp. |
| August 2012 | Circuit Court of the Eleventh Judicial Circuit, Miami-Dade County, Florida | Deposition Testimony | Republic or Ecuador, re: Filanbanco, S.A., et al. v. Roberto Isaias, et al. |
| August 2012 | United States District Court of Southern District of Florida | Trial Testimony | Platypus Wear, Inc. Platypus Wear, Incorporated, PW Industries, Inc. and Alexandra Ponce De Leon v. Horizonte Fabricacao Distribuicao Importacao E Exportacao Ltda., aka Horizonte Ltda. Fernando Cabas, Jr. and Roberto Ramos |
| June 2012 | Miami-Dade County, Administrative Hearing | Evidentiary Hearing Testimony | International Airport Management, Inc. v. Miami-Dade County |
| August 2011 | Circuit Court, Broward County, FL | Deposition Testimony | Robert K. Blake, Jr. and Blake Development Corporation v. James F. Ellis, Thomas M. Bluth, and Ellis Diversified, Inc. |

Andrew C. Bernstein CPA /CFF, CVA
Expert Testimony
7-Years 2011 to 2018

| October 2011 May 2011 | Circuit Court, Miami-Dade County, FL | Trial Testimony Deposition Testimony | Merco Group at Aventura Landings I, Inc., Merco Group at Aventura Landings II, Inc., and Merco Group at Aventura Landings III, Inc. v. Tampa Electric Company, d/b/a Teco Peoples Gas v. Continental Holdings, Inc. |