# Exhibit B

**EXHIBIT B. Documents Considered**

1) BSI-00959
2) BSI-00966
3) BSI-01016
4) BSI-01133
5) BSI-01319
6) BSI-01325
7) BSI-01375
8) 2017-08-14 BSI-Confidential-00001-00117 Production
9) 2017-08-22 BSI-BDT Customer File - Redacted -Bates stamped BSI-Confidential-00182 – 00641
10) BSI – 00745-46
11) BSI –00769-840
12) BSI –00853-55
13) BSI –00944-01004
14) BSI –01010-27
15) BSI –01030-32
16) BSI –01036-38
17) BSI –01042-50
18) BSI –01133
19) BSI –01147-50
20) BSI –01157-60
21) BSI –01166-71
22) BSI –01273-1303
23) BSI –01309-12
24) BSI –01319-58
25) BSI –01361-651
26) BSI –01656
27) BSI –00011-14
28) BSI –00019-22

**EXHIBIT B. Documents Considered**

29) BSI –00026-28
30) BSI –00032-36
31) BSI –00040-43
32) BSI –00048-51
33) BSI –00056-61
34) BSI –00065-68
35) BSI –00073-76
36) BSI –00081-84
37) BSI –00089-92
38) BSI –00097-100
39) BSI –00105-107
40) BSI –00113-115
41) BSI –01667-69
42) BSI –01675-77
43) BSI –01683-86
44) BSI –01691-93
45) BSI –01699-702
46) BSI –01707-09
47) BSI –01715-18
48) BSI –01723-28
49) BSI –01731-33
50) BSI –01739-42
51) BSI –01747-49
52) BSI –01755-57
53) BSI –01763-65
54) BSI –01771-73
55) BSI –01779-81
56) BSI –01787-89
57) BSI –01795-98
58) BSI –01803-05
59) BSI –01811-13

**EXHIBIT B. Documents Considered**

60) BSI –01819-21
61) BSI –01827-29
62) BSI –01835-37
63) BSI –01843-54
64) BSI –01851-53
65) BSI –01859-62
66) BSI-CONFIDENTIAL-00138 – 00181
67) BSI-Confidential-01665 – 01864
68) BSI-00118-137
69) Villamorey 2015 Financial Statement
70) 2017 03 17 Writ Of Garnishment
71) 2017-05-12 BDT's Response to Santander's Subpoena Objections Quash Prot. Order and Exhibits
72) Motion To Compel