UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-22005-Civ-COOKE/GOODMAN

BDT INVESTMENTS, INC.,

    Judgment Creditor,

vs.

LISA S.A.,

    Judgment Debtor,

adv.

BANCO SANTANDER INTERNATIONAL,

    Garnishee.
_____/

**JUDGMENT CREDITOR BDT INVESTMENTS, INC.'S UNOPPOSED MOTION TO MODIFY THE COURT'S SCHEDULING ORDER TO BRIEFLY EXTEND THE DEADLINE TO FILE ITS *DAUBERT* MOTION**

    Judgment Creditor BDT Investments, Inc. ("BDT"), on an unopposed basis, moves to modify the Court's Amended Order Setting Civil Trial Date and Pretrial Deadlines [ECF No. 113] (the "Scheduling Order") for the sole and limited purpose of allowing BDT to file its *Daubert* motion on or before July 31, 2019. In support, and as good cause, BDT states:

    1.    Under the Court's Scheduling Order, the deadline to complete expert discovery was July 12, 2019. Prior to this cut-off, BDT deposed Villamorey's and BSI's two designated experts, David Mizrachi and Maria M. Yip, on July 10, 2019, and July 12, 2019, respectively.

    2.    The Court's deadline for the parties to file their *Daubert* motions under the Scheduling Order is currently July 19, 2019.

    3.    Despite BDT's best efforts, and given its obligations in this and other matters (including its recently conducted expert witness depositions, and soon-to-be conducted, fact witness depositions, in this case), BDT is in need of a modification of the Scheduling Order for the sole and limited purpose of filing its *Daubert* motion on or before July 31, 2019.

    4.    This Motion is made in good faith, not for purposes of delay, will not prejudice

any party, and will not impact the Court's current November 12, 2019 trial date. Indeed, even under this proposed brief modification of the Scheduling Order, BDT's *Daubert* motion will be filed in advance of the parties' August 9, 2019 deadline to file *limine* motions. *See* [ECF No. 178].

     5.     A proposed Order granting this relief is attached hereto as **Exhibit A**.

**WHEREFORE**, Judgment Creditor BDT Investments, Inc. respectfully requests this Court enter an Order modifying the Scheduling Order for the sole and limited purpose of allowing BDT to file its *Daubert* motion on or before July 31, 2019, and grant such other and further relief that this Court deems proper and just.

### Certificate of Compliance with Local Rule 7.1(a)(3)

In accordance with Local Rule 7.1(a)(3), counsel for BDT certifies that it conferred with counsel for BSI, Villamorey, and Lisa, S.A. via-email on July 18, 2019, and is authorized to represent that there is no opposition to the relief requested herein.

Dated: July 18, 2019          Respectfully submitted,

          **SANCHEZ FISCHER LEVINE, LLP**
          8201 Peters Road, Ste. 1000
          Plantation, Florida 33324
          Tel.: (954) 315-0209

          By: */s/ David M. Levine*
          David M. Levine, Esq.
          Florida Bar No.: 84431
          Email: dlevine@sfl-law.com
          Fausto Sanchez, Esq.
          Florida Bar No.: 86229
          Email: fsanchez@sfl-law.com
          *Counsel for Judgment Creditor*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 18, 2019, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via electronic transmission of Notices of Electronic Filing generated by CM/ECF.

By: <u>*/s/ David M. Levine*</u>
David M. Levine, Esq.