UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-22005-Civ-COOKE/GOODMAN

BDT INVESTMENTS, INC.,

    Judgment Creditor,

vs.

LISA S.A.,

    Judgment Debtor,

adv.

BANCO SANTANDER INTERNATIONAL,

    Garnishee.
_____/

**JUDGMENT CREDITOR BDT INVESTMENTS, INC.'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM IN
SUPPORT OF MOTION FOR ISSUANCE OF POST JUDGMENT
WRIT OF GARNISHMENT**

    Judgment Creditor BDT Investments, Inc. ("BDT"), on an unopposed basis, moves for a brief seven (7) day extension of time, through and including, August 16, 2019, to file its reply memorandum in further support of its Motion for Issuance of Post Judgment Writ of Garnishment [ECF No. 197] (the "Motion"). In support, and as good cause, BDT states:

    1.    On August 2, 2019, Garnishee Banco Santander International ("BSI") filed its opposition to BDT's Motion [ECF No. 203].

    2.    Under Local Rule 7.1(c), BDT's reply memorandum in support of its Motion is presently due on or before August 9, 2019.

    3.    Despite BDT's best efforts, and given undersigned counsel's obligations in this and other matters, BDT is in need of a brief seven (7) day extension of time, through and including, August 16, 2019, to file its reply memorandum in support of its Motion.

    4.    This Motion is made in good faith, not for purposes of delay, and will not prejudice any party.

5. A proposed Order granting this relief is attached hereto as **Exhibit A**.

**WHEREFORE**, Judgment Creditor BDT respectfully requests this Court enter an Order extending BDT's deadline to file its reply memorandum in support of its Motion by seven (7) days, through and including August 16, 2019, and grant such other and further relief that this Court deems proper and just.

### Certificate of Compliance with Local Rule 7.1(a)(3)

In accordance with Local Rule 7.1(a)(3), counsel for BDT certifies that it conferred with counsel for BSI, Villamorey, S.A., and LISA, S.A. via-email, and is authorized to represent that BSI and Villamorey have no opposition to the relief requested herein. LISA, S.A., takes no position.

By: */s/ David M. Levine*
David M. Levine, Esq.

Dated: August 7, 2019

Respectfully submitted,

**SANCHEZ FISCHER LEVINE, LLP**
8201 Peters Road, Ste. 1000
Plantation, Florida 33324
Tel.: (954) 315-0209

By: */s/ David M. Levine*
David M. Levine, Esq.
Florida Bar No.: 84431
Email: dlevine@sfl-law.com
Fausto Sanchez, Esq.
Florida Bar No.: 86229
Email: fsanchez@sfl-law.com
*Counsel for Judgment Creditor*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2019, I electronically filed the forgoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via electronic transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ David M. Levine*
David M. Levine, Esq.