# EXHIBIT A

```
 1                       UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA
 2
                            CASE NO. 18-CV-22005
 3
     BDT INVESTMENTS,
 4                                           Miami, Florida
                    Plaintiff(s),
 5                                           February 12, 2020
             vs.
 6
     LISA S.A. et al.,
 7
                    Defendant(s).       Pages 1 - 12
 8   ------------------------------------------------------------

 9                            CALENDAR CALL
                   BEFORE THE HONORABLE MARCIA G. COOKE
10                     UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   FOR THE PLAINTIFF(S):    DAVID LEVINE
                              FAUSTO SANCHEZ
13                            Sanchez Fischer Levine, LLP
                              8201 Peters Road, Suite 1000
14                            Plantation, FL 33324
                              delvine@sfl-law.com
15                            fsanchez@sfl-law.com

16   FOR THE DEFENDANT(S):    ALLAN JOSEPH
     Lisa S.A.                Fuerst Ittleman David & Joseph
17                            One Southeast Third Avenue
                              Suite 1800
18                            Miami, FL 33131
                              ajoseph@fidjlaw.com
19
     Banco Santender          CLINTON LOSEGO
20                            Gunster Yoakley & Stewart
                              Brickell World Plaza, Suite 3500
21                            600 Brickell Avenue
                              Miami, FL 33131
22                            closego@gunster.com

23

24

25
```

```
 1   APPEARANCES: (Continued)

 2

 3   FOR THE DEFENDANT(S):   FERNANDO MENENDEZ
     Villa Morey              ANNETTE ESCOBAR
 4                            EDWARD DAVIS

 5

 6
     REPORTED BY:            Jill M. Wells, RPR, CRR, CSR
 7                           Official Court Reporter
                             400 N. Miami Avenue, Suite 08S27
 8                           Miami, Florida 33128
                             jill_wells@flsd.uscourts.gov
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    (Case called to order of the court at 3:30 p.m.)
 2              MR. LEVINE:  May it please the court.  David Levine on
 3    behalf of the judgment creditor, and with me is my partner
 4    Fausto Sanchez.
 5              THE COURT:  Appearing on behalf of Lisa, S.A.
 6              MR. JOSEPH:  Good afternoon, Your Honor.  Allan
 7    Joseph.
 8              THE COURT:  Appearing on behalf of Banco Santander.
 9              MR. LOSEGO:  Good afternoon, Your Honor.  Clint
10    Losego, on behalf of the bank.
11              THE COURT:  And appearing on behalf of Villa Morey,
12    S.A.
13              MR. MENENDEZ:  Fernando Mendendez.  I am here with
14    joined with my co-counsel Annette Escobar and colleague Edward
15    Davis and outside general counsel to Villa Morey, James Meyer.
16              THE COURT:  All right.  You-all are on the calendar to
17    begin trial.  I understand that there are some motion in limine
18    issues that I need to deal with, but all of the outstanding, I
19    think, report and recommendations have been dealt with.
20              So you-all are ready for trial, correct?  Counsel for
21    plaintiff?
22              MR. LEVINE:  Plaintiff is ready for trial.
23              The one issue is Your Honor's order adopting the
24    report and recommendation ruled that the writ had expired by
25    operation of law.
```

1      We are ready for trial to the extent Your Honor either
2 reconsiders that ruling or holds it in abatement, but to the
3 extent it doesn't, we don't see how there could be a trial if
4 the writ expired by operation of law.
5      THE COURT: Okay. So are you saying all of your
6 claims are settled?
7      MR. LEVINE: Your Honor, under Florida law, if a writ
8 expires by operation of law, the plaintiff is free, or the
9 judgment creditor is free, to obtain a new writ of garnishment.
10 It doesn't act as res judicata on the merits. But right now we
11 don't see how we can go to trial on the current posture.
12      One of the issues that the judgment creditor that we
13 pointed out on the status report is that all the parties, in
14 our opinion, agree that the only courts, since this action was
15 removed from state court, that can enter a new writ of
16 garnishment is the state court.
17      So from our perspective we know that we are allowed to
18 get another writ of garnishment, but we don't know how Your
19 Honor wants to treat remand to get us back to state court to
20 allow us to get another writ of garnishment.
21      THE COURT: Well, counsel, I am going to get to that
22 in just a moment.
23      Let me hear what defendants' position is on that.
24      MR. LEVINE: Sure.
25      THE COURT: Counsel, I am calling you defendants. I

```
 1   realize there's a whole bunch of other names I could call you,
 2   but for purposes of, I will just say, the person on the other
 3   side of the V for today.
 4            MR. LOSEGO:  Thank you, Your Honor.  Again, Clint
 5   Losego for Banco Santander.
 6            We agree, Your Honor, that at this point there is
 7   nothing in this case to try.  At some point I think the
 8   parties --
 9            THE COURT:  So why aren't you guys entering a
10   stipulation for dismissal if there's nothing in this case to
11   try?
12            MR. LOSEGO:  The only thing we have, from the bank's
13   standpoint, what we have left, Your Honor, is under the
14   garnishment statute we are entitled to attorneys' fees.
15            So we will be filing a motion for attorneys' fees, and
16   then I think there likely will be some appeals from Your
17   Honor's order adopting the report and recommendation.
18            THE COURT:  But that appeal, if I have already adopted
19   it, you would be appealing to my lovely brethren in Atlanta.
20            MR. LOSEGO:  Yes, Your Honor.  The only thing that, at
21   least from the bank's perspective, stopped me from submitting a
22   proposed final judgment is that under the garnishment
23   statute -- I know that under the rules the filing of a motion
24   for attorneys' fees doesn't get in the way of a final judgment.
25            THE COURT:  Because we can always litigate issues
```

1  regarding attorneys' fees post judgment.  That doesn't have to
2  be -- that doesn't prevent disposing of the other issue merely
3  because there is issues related to attorneys' fees and/or
4  costs.
5          MR. LOSEGO:  I agree with that, Your Honor.  My only
6  hesitation was that under the garnishment statute, the 77.28 --
7  and I think we can easily get past this -- but 77.28 of the
8  Florida statutes says that on rendering final judgment the
9  court shall determine the garnishee's costs and expenses
10 including a reasonable attorney fee.
11         So I didn't want to be in a position where we
12 submitted the final judgment or the proposed final judgment and
13 our motion for fees got lost in the shuffle somewhere.
14         THE COURT:  I think what's you can do is submit your
15 order for final judgment and pursuant to the rule of the
16 statute reserve the issue related to attorneys' fees, which I
17 would be more than happy -- well, I don't want to say I would
18 be happy, but at least it would be within my sound discretion
19 then to rule on that motion.
20         MR. LOSEGO:  From the bank's perspective, Your Honor,
21 that is perfect for us.
22         THE COURT:  This is what I am going to ask you-all to
23 do.  You-all will be on the calendar beginning Monday,
24 March 2nd, unless I get a notice of dismissal, and with
25 reservation.

```
 1              So if there is some way, which I know that there is,
 2   that you can acquaint me with the law on the issue that there
 3   is no need to go forward, which you would obviously do since
 4   you are prepared to enter an order of dismissal, today is
 5   Wednesday.  If you-all could get those memos to me by Friday,
 6   then that will allow me to move forward and give you-all plenty
 7   of time to discuss it with your clients and make the necessary
 8   decisions.  All right?
 9              MR. LEVINE:  Your Honor, there is one other issue with
10   respect to the plaintiff.
11              Your Honor currently has a writ enjoining the state
12   court from taking any further action, and one of the issues
13   that we identified on the report that we submitted is how Your
14   Honor wants to go about dealing with that current writ.
15              It's our perspective that it should be lifted.  If
16   there is an appeal, garnishment is separate and independent.
17   We can have the appeal to the Eleventh Circuit and
18   simultaneously go back to the state court and get a new writ.
19              THE COURT:  That sounds like the appropriate thing to
20   do, and when you put that in your papers, make sure you let me
21   know that.  I will look at it, but I think based upon what I
22   know now that seems like the logical way to proceed.
23              Counsel for defendant, do you disagree?
24              MR. JOSEPH:  Well, I disagree to the extent that there
25   is an appeal from Your Honor's order of last Friday.
```

1           THE COURT:  Well, that's their decision.  I don't have
2    any control over whether somebody appeals.  If I have an issue
3    about appealing, I am in the wrong business.  I mean, they get
4    to decide whether or not they want to appeal.  You don't even
5    get to decide.  If they want to appeal one of my orders, that's
6    up to them.
7           But if you want to go ahead and enter an order of
8    dismissal and reserve whatever is the appropriate thing to do
9    on the appeal, you can do that, but I am out of that business
10   now in terms of the fact that I have made the rulings on the
11   report and recommendation.
12          If I hear what you-all are saying, those rulings on
13   the report and recommendation have obviated a need for a trial
14   in this case.
15          Now, if you want to go to trial, I will be here on
16   March 2nd, the court security officer will be here, Ms. Wells
17   will be here, Mr. Marchena will be here, the law clerk will be
18   here.  So if you guys want to go to trial, we will all be here
19   waiting for you.  So unless I hear something different, we
20   start trial on Monday morning, March 2nd.  So file those
21   papers.
22          All right, thank you very much, all.
23          (Proceedings adjourned at 3:37 p.m.)
24          (Transcript continues on next page.)
25

C E R T I F I C A T E

    I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

```
February 13, 2020        /s/ Jill M. Wells
                         Jill M. Wells, RPR, CRR, CSR
                         Official Court Reporter
                         400 N. Miami Avenue, Suite 08S27
                         Miami, Florida 33128
                         jill_wells@flsd.uscourts.gov
```

MR. JOSEPH: [2]  3/6 7/24
MR. LEVINE: [5]  3/2 3/22 4/7 4/24 7/9
MR. LOSEGO: [6]  3/9 5/4 5/12 5/20 6/5 6/20
MR. MENENDEZ: [1]  3/13
THE COURT: [14]

/
/s [1]  9/6

0
08S27 [2]  2/7 9/7

1
1000 [1]  1/13
12 [2]  1/5 1/7
13 [1]  9/6
18-CV-22005 [1]  1/2
1800 [1]  1/17

2
2020 [2]  1/5 9/6
22005 [1]  1/2
2nd [3]  6/24 8/16 8/20

3
33128 [2]  2/8 9/8
33131 [2]  1/18 1/21
33324 [1]  1/14
3500 [1]  1/20
3:30 [1]  3/1
3:37 [1]  8/23

4
400 [2]  2/7 9/7

6
600 [1]  1/21

7
77.28 [2]  6/6 6/7

8
8201 [1]  1/13

A
abatement [1]  4/2
about [2]  7/14 8/3
above [1]  9/4
above-entitled [1]  9/4
accurate [1]  9/3
acquaint [1]  7/2
act [1]  4/10
action [2]  4/14 7/12
adjourned [1]  8/23
adopted [1]  5/18
adopting [2]  3/23 5/17
afternoon [2]  3/6 3/9
Again [1]  5/4
agree [3]  4/14 5/6 6/5
ahead [1]  8/7
ajoseph [1]  1/18
al [1]  1/6
all [15]
ALLAN [2]  1/16 3/6
allow [2]  4/20 7/6
allowed [1]  4/17
already [1]  5/18
always [1]  5/25

am [6]  3/13 4/21 4/25 6/22 8/3 8/9
ANNETTE [2]  2/3 9/4
another [2]  4/18 4/20
any [2]  7/12 8/2
appeal [7]  5/18 7/16 7/17 7/25 8/4 8/5 8/9
appealing [2]  5/19 8/3
appeals [2]  5/16 8/2
APPEARANCES [2]  1/11 1/22
appearing [3]  3/5 3/8 3/11
appropriate [2]  7/19 8/8
are [10]
aren't [1]  5/9
as [1]  4/10
ask [1]  6/22
Atlanta [1]  5/19
attorney [1]  6/10
attorneys' [6]  5/14 5/15 5/24 6/1 6/3 6/16
Avenue [4]  1/17 1/21 2/7 9/7

B
back [2]  4/19 7/18
Banco [3]  1/19 3/8 5/5
bank [1]  3/10
bank's [3]  5/12 5/21 6/20
based [1]  7/21
BDT [1]  1/3
be [17]
because [2]  5/25 6/3
been [1]  3/19
BEFORE [1]  1/9
begin [1]  3/17
beginning [1]  6/23
behalf [5]  3/3 3/5 3/8 3/10 3/11
brethren [1]  5/19
Brickell [2]  1/20 1/21
bunch [1]  5/1
business [2]  8/3 8/9

C
calendar [3]  1/9 3/16 6/23
call [2]  1/9 5/1
called [1]  3/1
calling [1]  4/25
can [8]  4/11 4/15 5/25 6/7 6/14 7/2 7/17 8/9
case [5]  1/2 3/1 5/7 5/10 8/14
certify [1]  9/3
Circuit [1]  7/17
claims [1]  4/6
clerk [1]  8/17
clients [1]  7/7
Clint [2]  3/9 5/4
CLINTON [1]  1/19
closego [1]  1/22
co [1]  3/14
co-counsel [1]  3/14
colleague [1]  3/14
Continued [1]  2/1
continues [1]  8/24
control [1]  8/2
COOKE [1]  1/9
correct [1]  3/20
costs [2]  6/4 6/9
could [3]  4/3 5/1 7/5
counsel [6]  3/14 3/15 3/20 4/21 4/25 7/23
court [12]
courts [1]  4/14
creditor [3]  3/3 4/9 4/12

CRR [2]  2/6 9/6
CSR [2]  2/6 9/6
current [2]  4/11 7/14
currently [1]  7/11
CV [1]  1/2

D
DAVID [3]  1/12 1/16 3/2
DAVIS [2]  2/4 3/15
deal [1]  3/18
dealing [1]  7/14
dealt [1]  3/19
decide [2]  8/4 8/5
decision [1]  8/1
decisions [1]  7/8
defendant [4]  1/7 1/16 2/3 7/23
defendants [1]  4/25
defendants' [1]  4/23
delvine [1]  1/14
determine [1]  6/9
didn't [1]  6/11
different [1]  8/19
disagree [2]  7/23 7/24
discretion [1]  6/18
discuss [1]  7/7
dismissal [4]  5/10 6/24 7/4 8/8
disposing [1]  6/2
DISTRICT [3]  1/1 1/1 1/10
do [7]  6/14 6/23 7/3 7/20 7/23 8/8 8/9
doesn't [5]  4/3 4/10 5/24 6/1 6/2
don't [6]  4/3 4/11 4/18 6/17 8/1 8/4

E
easily [1]  6/7
EDWARD [2]  2/4 3/14
either [1]  4/1
Eleventh [1]  7/17
enjoining [1]  7/11
enter [3]  4/15 7/4 8/7
entering [1]  5/9
entitled [2]  5/14 9/4
ESCOBAR [2]  2/3 3/14
et [1]  1/6
even [1]  8/4
expenses [1]  6/9
expired [2]  3/24 4/4
expires [1]  4/8
extent [3]  4/1 4/3 7/24

F
fact [1]  8/10
FAUSTO [2]  1/12 3/4
February [2]  1/5 9/6
fee [1]  6/10
fees [7]  5/14 5/15 5/24 6/1 6/3 6/13 6/16
FERNANDO [2]  2/3 3/13
fidjlaw.com [1]  1/18
file [1]  8/20
filing [2]  5/15 5/23
final [6]  5/22 5/24 6/8 6/12 6/12 6/15
Fischer [1]  1/13
FL [3]  1/14 1/18 1/21
FLORIDA [6]  1/1 1/4 2/8 4/7 6/8 9/8
flsd.uscourts.gov [2]  2/8 9/8
foregoing [1]  9/3
forward [2]  7/3 7/6
free [2]  4/8 4/9
Friday [2]  7/5 7/25
fsanchez [1]  1/15
Fuerst [1]  1/16

## F

further [1] 7/12

## G

garnishee's [1] 6/9
garnishment [8] 4/9 4/16 4/18 4/20 5/14 5/22 6/6 7/16
general [1] 3/15
get [11]
give [1] 7/6
go [7] 4/11 7/3 7/14 7/18 8/7 8/15 8/18
going [2] 4/21 6/22
Good [2] 3/6 3/9
got [1] 6/13
Gunster [1] 1/20
gunster.com [1] 1/22
guys [2] 5/9 8/18

## H

had [1] 3/24
happy [2] 6/17 6/18
has [1] 7/11
have [10]
hear [3] 4/23 8/12 8/19
here [7] 3/13 8/15 8/16 8/17 8/17 8/18 8/18
hereby [1] 9/3
hesitation [1] 6/6
holds [1] 4/2
Honor [14]
Honor's [3] 3/23 5/17 7/25
HONORABLE [1] 1/9
how [4] 4/3 4/11 4/18 7/13

## I

identified [1] 7/13
including [1] 6/10
independent [1] 7/16
INVESTMENTS [1] 1/3
is [26]
issue [6] 3/23 6/2 6/16 7/2 7/9 8/2
issues [5] 3/18 4/12 5/25 6/3 7/12
it [9] 3/2 4/2 4/3 4/10 5/19 6/18 7/7 7/15 7/21
It's [1] 7/15
Ittleman [1] 1/16

## J

James [1] 3/15
jill [5] 2/6 2/8 9/6 9/6 9/8
joined [1] 3/14
JOSEPH [3] 1/16 1/16 3/7
JUDGE [1] 1/10
judgment [10]
judicata [1] 4/10
just [2] 4/22 5/2

## K

know [6] 4/17 4/18 5/23 7/1 7/21 7/22

## L

last [1] 7/25
law [6] 3/25 4/4 4/7 4/8 7/2 8/17
law.com [2] 1/14 1/15
least [2] 5/21 6/18
left [1] 5/13
let [2] 4/23 7/20
LEVINE [3] 1/12 1/13 3/2
lifted [1] 7/15
like [2] 7/19 7/22
likely [1] 5/16
line [3] 3/17
LISA [3] 1/6 1/16 3/5
litigate [1] 5/25
LLP [1] 1/13
logical [1] 7/22
look [1] 7/21
LOSEGO [3] 1/19 3/10 5/5
lost [1] 6/13
lovely [1] 5/19

## M

made [1] 8/10
make [2] 7/7 7/20
March [3] 6/24 8/16 8/20
March 2nd [3] 6/24 8/16 8/20
Marchena [1] 8/17
MARCIA [1] 1/9
matter [1] 9/4
May [1] 3/2
me [7] 3/3 4/23 5/21 7/2 7/5 7/6 7/20
mean [1] 8/3
memos [1] 7/5
Mendendez [1] 3/13
MENENDEZ [1] 2/3
merely [1] 6/2
merits [1] 4/10
Meyer [1] 3/15
Miami [7] 1/4 1/18 1/21 2/7 2/8 9/7 9/8
moment [1] 4/22
Monday [2] 6/23 8/20
more [1] 6/17
Morey [3] 2/3 3/11 3/15
morning [1] 8/20
motion [5] 3/17 5/15 5/23 6/13 6/19
move [1] 7/6
Mr. [1] 8/17
Mr. Marchena [1] 8/17
Ms. [1] 8/16
Ms. Wells [1] 8/16
much [1] 8/22
my [6] 3/3 3/14 5/19 6/5 6/18 8/5

## N

names [1] 5/1
necessary [1] 7/7
need [3] 3/18 7/3 8/13
new [3] 4/9 4/15 7/18
next [1] 8/24
no [2] 1/2 7/3
not [1] 8/4
nothing [2] 5/7 5/10
notice [1] 6/24
now [4] 4/10 7/22 8/10 8/15

## O

obtain [1] 4/9
obviated [1] 8/13
obviously [1] 7/3
officer [1] 8/16
Official [2] 2/7 9/7
Okay [1] 4/5
one [6] 1/17 3/23 4/12 7/9 7/12 8/5
only [4] 4/14 5/12 5/20 6/5
operation [3] 3/25 4/4 4/8
opinion [1] 4/14
order [7] 3/1 3/23 5/17 6/15 7/4 7/25 8/7
orders [1] 8/5
other [4] 5/1 5/2 6/2 7/9
our [4] 4/14 4/17 6/13 7/15
out [2] 4/13 8/9
outside [1] 4/5
outstanding [1] 3/18
over [1] 8/2

## P

p.m [2] 3/1 8/23
page [1] 8/24
Pages [1] 1/7
papers [2] 7/20 8/21
parties [2] 4/13 5/8
partner [1] 3/3
past [1] 6/7
perfect [1] 6/21
person [1] 5/2
perspective [4] 4/17 5/21 6/20 7/15
Peters [1] 1/13
plaintiff [6] 1/4 1/12 3/21 3/22 4/8 7/10
Plantation [1] 1/14
Plaza [1] 1/20
please [1] 3/2
plenty [1] 7/6
point [2] 5/6 5/7
pointed [1] 4/13
position [2] 4/23 6/11
post [1] 6/1
posture [1] 4/11
prepared [1] 7/4
prevent [1] 6/2
proceed [1] 7/22
proceedings [2] 8/23 9/4
proposed [2] 5/22 6/12
purposes [1] 5/2
pursuant [1] 6/15
put [1] 7/20

## R

ready [3] 3/20 3/22 4/1
realize [1] 5/1
reasonable [1] 6/10
recommendation [4] 3/24 5/17 8/11 8/13
recommendations [1] 3/19
reconsiders [1] 4/2
regarding [1] 6/1
related [2] 6/3 6/16
remand [1] 4/19
removed [1] 4/15
rendering [1] 6/8
report [7] 3/19 3/24 4/13 5/17 7/13 8/11 8/13
REPORTED [1] 2/6
Reporter [2] 2/7 9/7
res [1] 4/10
reservation [1] 6/25
reserve [2] 6/16 8/8
respect [1] 7/10
right [4] 3/16 4/10 7/8 8/22
Road [1] 1/13
RPR [2] 2/6 9/6
rule [2] 6/15 6/19
ruled [1] 3/24
rules [1] 5/23
ruling [1] 4/2
rulings [2] 8/10 8/12

## S

S.A [4] 1/6 1/16 3/5 3/12
SANCHEZ [3] 1/12 1/13 3/4
Santander [2] 3/8 5/5
Santander [1] 1/19

## S

say [2]  5/2 6/17
saying [2]  4/5 8/12
says [1]  6/8
security [1]  8/16
see [2]  4/3 4/11
seems [1]  7/22
separate [1]  7/16
settled [1]  4/6
sfl [2]  1/14 1/15
sfl-law.com [2]  1/14 1/15
shall [1]  6/9
should [1]  7/15
shuffle [1]  6/13
side [1]  5/3
simultaneously [1]  7/18
since [2]  4/14 7/3
So [10]
some [4]  3/17 5/7 5/16 7/1
somebody [1]  8/2
something [1]  8/19
somewhere [1]  6/13
sound [1]  6/18
sounds [1]  7/19
Southeast [1]  1/17
SOUTHERN [1]  1/1
standpoint [1]  5/13
start [1]  8/20
state [5]  4/15 4/16 4/19 7/11 7/18
STATES [2]  1/1 1/10
status [1]  4/13
statute [4]  5/14 5/23 6/6 6/16
statutes [1]  6/8
Stewart [1]  1/20
stipulation [1]  5/10
stopped [1]  5/21
submit [1]  6/14
submitted [2]  6/12 7/13
submitting [1]  5/21
Suite [5]  1/13 1/17 1/20 2/7 9/7
sure [2]  4/24 7/20

## T

taking [1]  7/12
terms [1]  8/10
than [1]  6/17
thank [2]  5/4 8/22
that [41]
that's [2]  8/1 8/5
their [1]  8/1
them [1]  8/6
then [3]  5/16 6/19 7/6
there [11]
there's [2]  5/1 5/10
they [3]  8/3 8/4 8/5
thing [4]  5/12 5/20 7/19 8/8
think [6]  3/19 5/7 5/16 6/7 6/14 7/21
Third [1]  1/17
this [7]  4/14 5/6 5/7 5/10 6/7 6/22 8/14
those [3]  7/5 8/12 8/20
time [1]  7/7
today [2]  5/3 7/4
Transcript [1]  8/24
transcription [1]  9/4
treat [1]  4/19
trial [10]
try [2]  5/7 5/11

## U

under [5]  4/7 5/13 5/22 5/23 6/6
understand [1]  3/17
UNITED [1]  1/1
unless [2]  6/24 8/13
up [1]  8/6
upon [1]  7/21
us [3]  4/19 4/20 6/21

## V

very [1]  8/22
Villa [3]  2/3 3/11 3/15
vs [1]  1/5

## W

waiting [1]  8/19
want [7]  6/11 6/17 8/4 8/5 8/7 8/15 8/18
wants [2]  4/19 7/14
was [2]  4/14 6/6
way [3]  5/24 7/1 7/22
we [21]
Wednesday [1]  7/5
well [4]  4/21 6/17 7/24 8/1
wells [6]  2/6 2/8 8/16 9/6 9/6 9/8
what [5]  4/23 5/13 6/22 7/21 8/12
what's [1]  6/14
whatever [1]  8/8
when [1]  7/20
where [1]  6/11
whether [2]  8/2 8/4
which [3]  6/16 7/1 7/3
whole [1]  5/1
why [1]  5/9
will [12]
within [1]  6/18
World [1]  1/20
would [5]  5/19 6/17 6/17 6/18 7/3
writ [10]
wrong [1]  8/3

## Y

Yes [1]  5/20
Yoakley [1]  1/20
you [27]
you-all [7]  3/16 3/20 6/22 6/23 7/5 7/6 8/12
your [21]