UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-22005-Civ-COOKE/GOODMAN

BDT INVESTMENTS, INC.,

    Judgment Creditor,

vs.

Lisa S.A.,
    Judgment Debtor,

BANCO SANTANDER
INTERNATIONAL,

    Garnishee.
_____/

## FINAL JUDGMENT

THIS MATTER is before me following entry of an Omnibus Order Adopting Magistrate Judge's Report and Recommendations (ECF No. 367), which granted Garnishee Banco Santander International's Motion for Judgment on the Pleadings (ECF No. 155) and granted in part the motions for summary judgment filed by Garnishee Banco Santander International and Interested Party Villamorey, S.A. (ECF Nos. 212; 218) (the "Omnibus Order").

In accordance with the Omnibus Order, it is **ORDERED AND ADJUDGED** as follows:

1. Final judgment is hereby entered in favor of Garnishee Banco Santander International and against Garnishor BDT Investments, Inc.;
2. Final judgment is hereby entered in favor of Interested Party Villamorey, S.A. and against Garnishor BDT Investments, Inc.; and
3. Jurisdiction is retained over this action for all matters relating to any motions for attorneys' fees and motions for costs.

1

**DONE and ORDERED** in chambers at Miami, Florida, this 28th day of February 2020.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*