## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

Case No.: 18-22005-Civ-COOKE/GOODMAN

BDT INVESTMENTS, INC.,

      *Judgement Creditor,*

v.

LISA S.A.,

      *Judgement Debtor,*

adv.

BANCO SANTANDER INTERNATIONAL,

      *Garnishee.*

_____/

### AMENDED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR JUDGMENT CREDITOR BDT INVESTMENTS, INC.

Pursuant to Local Rule 11.1(d)(3), David M. Levine, Esq., Fausto Sanchez, Esq., and the law firm Sanchez Fischer Levine, LLP (collectively, "Undersigned Counsel"), hereby move to withdraw as counsel of record for Judgment Creditor BDT Investments, Inc. ("BDT"), and state:

1.    Undersigned Counsel represents BDT in the above action.

2.    Undersigned Counsel seeks to withdraw as counsel of record for BDT due to irreconcilable differences that have arisen between them.

3.    Undersigned Counsel has given notice to BDT and opposing counsel as required by Local Rule 11.1(d)(3).

4.    Undersigned Counsel filed a similar motion to withdraw on February 5, 2020 (D.E. 361) and said motion was denied, without prejudice (D.E. 362), because the parties were within 13 days of a then scheduled trial date.  However, the February 5, 2020 Order permitted the Undersigned Counsel to file an amended motion to withdraw should the then scheduled trial date be moved. (D.E. 362).

5.    On Friday, February 28, 2020, this Court entered Final Judgment in this matter, therefore, removing the matter from the trial docket.  (D.E. 382).

6.    This motion is made in good faith and not for purposes of delay.

7.    Pursuant to Local Rule 11.1(d)(1)(3), BDT's current mailing address is 1st Floor, Hastings House, Balmoral Gap, Hastings, Christ Church, Barbados BB14034.

8.    In accordance with Local Rule 7.1(a)(3), Undersigned Counsel conferred with counsel for Banco Santander International, S.A. ("BSI"), Villamorey, S.A. ("Villamorey"), and Lisa, S.A. ("Lisa") on March 9, 2020 and March 13, 2020, regarding the relief requested in this Motion and BSI and Villamorey have no opposition to Undersigned Counsel's withdrawal and take no position as to whether BDT should be provided with 30-days to appear with new counsel. Counsel for Lisa takes no position as to same.

9.    A proposed Order granting this Motion is attached as **Exhibit A**.

**WHEREFORE**, David M. Levine, Esq., Fausto Sanchez, Esq., and the law firm of Sanchez Fischer Levine, LLP respectfully request that this Court enter an Order (i) granting leave to withdraw as counsel of record for Judgment Creditor BDT Investments, Inc.; (ii) relieving the undersigned of any further responsibility herein; (iii) providing BDT Investments, Inc. with 30-days to retain new counsel; and (iv) granting such further relief as this Court deems proper and just.

Dated:  March 13, 2020                    Respectfully submitted,

                                          **SANCHEZ FISCHER LEVINE, LLP**
                                          8201 Peters Road, Ste. 1000
                                          Plantation, Florida 33324
                                          Tel.: (305) 925-9947

                                          By: */s/ David M. Levine*
                                          David M. Levine, Esq.
                                          Florida Bar No.: 84431
                                          Email: dlevine@sfl-law.com
                                          Fausto Sanchez, Esq.
                                          Florida Bar No.: 86229
                                          Email: fsanchez@sfl-law.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via electronic transmission of Notices of Electronic Filing generated by CM/ECF, as well as conventionally by Federal Express to BDT Investments, Inc. at 1st Floor, Hastings House, Balmoral Gap, Hastings, Christ Church, Barbados BB14034.

                              By: */s/ David M. Levine*
                                      David M. Levine