UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-22005-Civ-COOKE/GOODMAN

BDT INVESTMENTS, INC.,

    Judgment Creditor,

vs.

LISA, S.A.,

    Judgment Debtor,

BANCO SANTANDER INTERNATIONAL,

    Garnishee.
_____/

### GARNISHEE BANCO SANTANDER INTERNATIONAL'S UNOPPOSED NOTICE OF WITHDRAWAL OF ITS VERIFIED MOTION FOR COSTS AND EXPENSES [ECF NO. 400]

Banco Santander International ("BSI") hereby gives notice of its withdrawal of its Verified Motion for Costs and Expenses [ECF No. 400].

Undersigned counsel has conferred by electronic mail with counsel for BDT Investments, Inc. regarding this notice has been advised that BDT does not oppose BSI's withdrawal of the referenced motion.

| | |
|---|---|
| Dated: August 26, 2020 | Respectfully submitted, |
| | Gunster, Yoakley & Stewart, P.A.<br>600 Brickell Avenue<br>Suite 3500<br>Miami, Florida 33131<br>Tel: (305) 376-6000<br>Fax: (305) 376-6010 |

By:    <u>*/s/ Clinton R. Losego*</u>
       Clinton R. Losego
       FBN: 818054
       closego@gunster.com
       Timothy J. McGinn
       FBN: 1000377
       tmcginn@gunster.com

*Counsel for Garnishee Defendant*
*Banco Santander International*

ACTIVE:12382457.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing document and the attachment thereto are being served on this 26nd day of August, 2020, on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: */s/ Clinton R. Losego*
Clinton R. Losego

## SERVICE LIST

| | |
|---|---|
| Ramsey Villalon, Esq.<br>Tyler A. Mamone, Esq.<br>*Mamone Villalon PLLC*<br>100 SE 2nd Street, Suite 2000<br>Miami, Florida 33131<br>ramsey@mvlawpllc.com<br>tyler@mvlawpllc.com<br><br>**Counsel for BDT Investments, Inc.** | Edward H. Davis, Jr., Esq.<br>Arnoldo Lacayo, Esq.<br>Cristina Vicens Beard, Esq.<br>Fernando J. Menendez, Esq.<br>*Sequor Law, P.A.*<br>1111 Brickell Avenue, Suite 1250<br>Miami, Florida 33131<br>Phone: (305) 372-8282<br>Fax: (305) 372-8202<br>edavis@sequorlaw.com<br>alacayo@sequorlaw.com<br>cvicens@sequorlaw.com<br>fmenendez@sequorlaw.com<br><br>Annette C. Escobar, Esq.<br>*ACE Law Firm*<br>201 S. Biscayne Boulevard, Suite 800<br>Miami, Florida 33131<br>Phone: (305) 542-0544<br>aescobar@acelawfirm.com<br><br>**Counsel for Villamorey, S.A.** |

Allan A. Joseph, Esq.
*Fuerst Ittleman David & Joseph*
SunTrust International Center
One Southeast Third Avenue
Suite 1800
Miami, FL 33131
Phone: (305) 350-5690
Fax: (305) 371-8989
ajoseph@fidjlaw.com
lcabrera@fidjlaw.com

Andrew J. Durkovic, Esq. (*pro hac vice*)
*Amsterdam & Partners, LLP*
Canal Square
1054 31st Street, N.W.
Suite 100
Washington, D.C. 20007
Phone: (202) 559-3499
a.durkovic@amsterdamandpartners.com

Elizabeth Price Foley, Esq.
*Baker Hostetler, LLP*
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
Phone: (202) 861-1500
Fax: (202) 861-1783
efoley@bakerlaw.com

***Counsel for Lisa S.A.***